# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TODD A. CRISWELL, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 4:06CV01565 ERW |
| CITY OF O'FALLON, MISSOURI, et al., | ) ) ) | |
| Defendant. | ) | |
| CHARLES E. MOBLEY, | ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 4:06CV01566 JCH |
| CITY OF O'FALLON, MISSOURI, et al., | ) ) ) | |
| Defendant. | ) | |

## ORDER OF CONSOLIDATION

This matter comes before the Court on Joint Motion to Consolidate [doc. #38]. On September 6, 2007, this Court issued an Order denying Defendants' Motion to Consolidate due to Plaintiffs' concern of potential prejudice to the Plaintiff in this cause and the Plaintiff in cause number 4:06CV01566 JCH if the matters were consolidated. However, the parties did agree to consolidation for the purposes of discovery and now agree that the potential prejudice to Plaintiffs no longer exist for purposes of trial.

**IT IS HEREBY ORDERED** that the Joint Motion to Consolidated [doc. #38] is **GRANTED.** The Clerk's Office shall administratively close Cause No. 4:06CV01566 JCH and all future filings shall bear and be filed in Cause No. 4:06CV01565 ERW.

**IT IS FURTHER ORDERED** that the previously entered Case Management Order deadlines remain:

1. All Discovery shall be completed no later than **March 12, 2008**.

2. The previously issued ADR referral shall terminate on **April 18, 2008**.

3. Any dispositive motions shall be filed no later than **April 11, 2008**; Responses in Opposition shall be filed within twenty (20) days; and any Reply shall be filed within five (5) days thereafter.

4. The Final Pretrial Conference in this matter will be held on **June 27, 2008**, at **8:30 a.m.**

5. This matter is set for a Jury Trial on a three-week docket beginning **July 7, 2008**, at **8:30 a.m.**

So Ordered this 8th Day of February, 2008.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**